UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JERRY BRENDEN, | ) | Case No. C05-1681-RSL-JPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MINUTE ORDER |
| SELLEN CONSTRUCTION COMPANY, INC., et. al, | ) ) | |
| | ) | |
| Defendant. | ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge. On October 6, 2005, plaintiff filed an application to proceed in forma pauperis ("IFP") in his civil action. Dkt. No. 1. However, the following deficiencies have been noted:

(1)     Page two of the application is missing. Plaintiff is hereby ordered to complete and return the IFP application to the Clerk's office no later than November 18, 2005. Otherwise, the action may be subject to dismissal. Forms are available in the Clerk's office.

(2)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 18th day of October, 2005.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk