UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN,                      )
                                    )    Case No. C05-1681L
              Plaintiff,     )
   v.                               )
                                    )    ORDER VACATING ORDER OF
SELLEN CONSTRUCTION COMPANY,        )    DISMISSAL
                                    )
              Defendant.     )
_____)

This matter comes before the Court *sua sponte*. On November 28, 2005, the above-captioned matter was dismissed because plaintiff failed to correct a deficiency in his application to proceed *in forma pauperis*. Dkt. # 4. Two days later, the Court received in the mail a second application to proceed *in forma pauperis* which contains page two of the application and appears to resolve the deficiency noted by the Honorable James P. Donohue, United States Magistrate Judge. The "Order of Dismissal" (Dkt. # 4) is hereby VACATED and plaintiff's second application to proceed *in forma pauperis* (Dkt. # 5) is referred to Magistrate Judge Donohue for consideration.

DATED this 7th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL