```
 1
 2
 3
 4
 5
 6                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
 7                                    AT SEATTLE

 8   _____
                                             )
 9   JERRY BRENDEN,                          )
                                             )   Case No. C05-1681L
10                        Plaintiff,         )
                 v.                          )
11                                           )   ORDER DENYING SECOND
     SELLEN CONSTRUCTION COMPANY,            )   MOTION FOR TRIAL
12                                           )
                          Defendant.         )
13   _____)

14
```

15          This matter comes before the Court on plaintiff's "Second Time: Motion: For

16  Trial, Rule 50, FRAP & Stay of Mandate Rule 45, FRAP." Dkt. # 21. Although plaintiff has

17  added a request for a "stay of mandate," this motion essentially duplicates Dkt. # 11, which was

18  denied by the Court as premature and without merit. See Dkt. # 17. Plaintiff's second motion

19  contains additional strings of words, dates, and numbers that convey no material information to

20  the Court and do not justify either a "new trial" or a "stay of mandate." See, e.g., bottom margin

21  reference to "(U.S. NINTH CIRCUIT OF APPEALS, Sent: 3 Lbs. 14.20 oz. for "4" JUDGES)

22  11/30/05, EQ 285228216 US; Dec. 24, 2005, 70051820000812419  PAGE 3 OF 15; JANUARY

23  01-01-2006. Motions, pages 1,2&3; Cert. Mail #4." Plaintiff has also attached a United States

24  Postal Service tracking sheet and a three-page document variously titled "Motion to Recall

25  Mandate," "Cross-Appeal," and "Request for Admission." Dkt. # 21 at 3, 9-11. Neither of

26  these documents supports plaintiff's demand for an immediate trial or explains why plaintiff is

ORDER DENYING SECOND MOTION FOR TRIAL

1  seeking relief under the Federal Rules of Appellate Procedure when no appeal has been filed in
2  this matter.
3
4          Plaintiff's second motion for a trial and/or stay of mandate is DENIED.
5
6
7          DATED this 6th day of January, 2006.
8
9          *[signature]*
        Robert S. Lasnik
10         United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING SECOND MOTION FOR TRIAL     -2-