UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JERRY A. BRENDEN,                        )
                                         )
                Plaintiff,               )   Case No. C05-1681L
                                         )
        v.                               )
                                         )   ORDER RENOTING SECOND
SELLEN CONSTRUCTION, INC.,               )   MOTION ON COURT'S CALENDAR
                                         )
                Defendant.               )
_____)

On January 5, 2006, the Court received plaintiff's "Second Time: Motion: Change of Venue" in the above-captioned matter. Dkt. # 20. Because the motion is "nondispositive," it should have been noted for consideration on the third Friday after filing. See LR 7(d)(3).[1] The Clerk of Court has therefore renoted the "Second Time: Motion: Change of Venue" on the Court's calendar for Friday, January 20, 2006. Any opposition is due no later than noon on Tuesday, January, 17, 2006. Any reply is due no later than 4:30 p.m. on Friday, January 20, 2006.

Because plaintiff's second motion for change of venue essentially duplicates his original motion on the same topic, the original motion (Dkt. # 9) is hereby STRICKEN and will not be considered by the Court.

---

[1] This is one of a string of incorrectly-noted motions filed by plaintiff at the very outset of this litigation. Plaintiff is directed to review the requirements of Local Civil Rule 7 to ensure future compliance. A copy of the applicable Local Civil Rules can be obtained on-line at http://www.wawd.uscourts.gov/wawd/documents.nsf/3a55ca523f1ad3ef882563fb0080c38f?OpenView&Start=1&Count=250&Expand=2#2.

ORDER

1
2          DATED this 9th day of January, 2006.
3
4                                          /s/ Robert S. Lasnik
                                           Robert S. Lasnik
5                                          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER                                      -2-