UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
JERRY BRENDEN,                      )
                                    )   Case No. C05-1681L
            Plaintiff,              )
    v.                              )
                                    )   ORDER DENYING PLAINTIFF'S
SELLEN CONSTRUCTION COMPANY,        )   MOTION FOR CHANGE OF
                                    )   VENUE
            Defendant.              )
_____)

This matter comes before the Court on plaintiff's "Second Time: Motion: Change of Venue." Dkt. # 20. Plaintiff requests that this matter be transferred to the United States District Court for the Western District of Washington at Tacoma because he cannot get a fair trial in the county in which defendant resides and was employed to construct the new United States Courthouse. Plaintiff has not alleged, and the undersigned is unaware of, any "personal bias or prejudice either against him or in favor of any adverse party" that would require the transfer of this matter to another judge. 28 U.S.C. § 144. Nor has plaintiff explained why the Court should assume that King County jurors and judges would be unable to decide this matter in a fair and impartial manner: the mere fact of corporate residence and business activity in a particular county is not enough to compel a change of venue.

For all of the foregoing reasons, plaintiff's motion for change of venue is DENIED.

ORDER DENYING PLAINTIFF'S MOTION
FOR CHANGE OF VENUE

1
2        DATED this 25th day of January, 2006.
3
4                               _____
                                Robert S. Lasnik
5                               United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING PLAINTIFF'S MOTION
FOR CHANGE OF VENUE                    -2-