UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN,                     )
                                   )   Case No. C05-1681L
            Plaintiff,             )
    v.                             )
                                   )   ORDER REGARDING PLAINTIFF'S
SELLEN CONSTRUCTION COMPANY,       )   "MOTION - ORDERS AND
                                   )   JUDGMENTS"
            Defendant.             )
_____)

This matter comes before the Court on plaintiff's "Motion - 1. Orders and Judgments   2. Third Party Plaintiff's." Dkt. # 39. It is not clear what relief plaintiff seeks. The first part of the submission suggests that plaintiff is willing to end this litigation in exchange for $9,000,000, "WITH FUNDS COMMENCING IMMEDIATELY." To the extent that plaintiff is making a settlement offer, such discussions are between the parties and need not involve the Court.

Toward the end of the motion, plaintiff states, "I JERRY A BRENDEN, ask the U.S. DISTRICT COURT, SEATTLE. To end this litigation. . . . This is with regret and the request to the Two Judges Signature that have heard this case in Seattle."[1] It is not clear whether

---

[1] Plaintiff has filed two actions against his former employer, Sellen Construction Company. The first action, C05-0427M, was assigned to the Honorable Ricardo S. Martinez and was dismissed on May 16, 2005.

ORDER REGARDING PLAINTIFF'S
"MOTION - ORDERS AND JUDGMENTS"

plaintiff's request for dismissal is contingent on defendant's payment of $9,000,000 or whether he wants to voluntarily dismiss this case regardless of defendant's willingness to settle. Defendant has filed a purported "Preliminary Answer" in this litigation (Dkt. # 14), so this case can only be dismissed via a stipulation of the parties or an order of the Court. If plaintiff intends to voluntarily dismiss his claims against Sellen, he shall file and serve a Praecipe containing the following language:

> The Clerk of Court is directed to renote plaintiff's "Motion - 1. Orders and Judgments   2. Third Party Plaintiff's" (Dkt. # 39) on the Court's calendar as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). The motion shall be noted for the fourth Friday after filing.

Unless and until such a Praecipe is filed, neither the Court nor defendant shall take any further action with regards to Dkt. # 39.

DATED this 3rd day of April, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFF'S
"MOTION - ORDERS AND JUDGMENTS"          -2-