UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN, )
) Case No. C05-1681RSL
                Plaintiff, )
  v. )
) ORDER
SELLEN CONSTRUCTION COMPANY, )
)
                Defendant. )
_____)

        This matter comes before the Court on plaintiff's "Motion: Mediation." Dkt. # 54. On July 31, 2006, the above-captioned matter was dismissed with prejudice. Plaintiff's motion for mediation is therefore stricken as moot.

        Plaintiff has also submitted documents entitled "Response (REPLY)" (Dkt. # 58) and "Response (REPLY): Addendun (sic)" (Dkt. # 61) which did not reach chambers until after the order of dismissal was signed. The Court has reviewed plaintiff's responses and finds no reason to reconsider or otherwise alter the judgment that was entered on July 31, 2006.

        DATED this 2nd day of August, 2006.

                               /s/ Robert S. Lasnik
                               Robert S. Lasnik
                               United States District Judge

ORDER