UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JERRY A. BRENDEN,                   )
                                    )
                    Plaintiff,      )   Case No. C05-1681RSL
       v.                           )
                                    )   ORDER STRIKING MOTION
SELLEN CONSTRUCTION, INC.,          )
                                    )
                    Defendant.      )
_____)

On August 14, 2006, the Court received plaintiff's "Motion - Relief of Default" in the above-captioned matter. Dkt. # 63. The motion was not noted for consideration on the Court's calendar as required by LR 7(b). Plaintiff has twice been directed to review the Court's local civil rules to ensure compliance with the requirements of LR 7. See Orders at Dkt. # 25 and # 55. Plaintiff was warned in July 2006 that future motions filed without a note date will be stricken and not considered by the Court. Dkt. # 55. Despite the fact that plaintiff attached a copy of that warning with the current motion, he again failed to comply with the local rules.

For all of the foregoing reasons, plaintiff's "Motion - Relief of Default" is hereby STRICKEN. The Court will not take any further action with respect to Dkt. # 63.

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      DATED this 17th day of August, 2006.

*[signature: MRT S Lasnik]*
Robert S. Lasnik
United States District Judge