UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN,                      )
                                    )    Case No. C05-1681L
            Plaintiff,              )
    v.                              )
                                    )    ORDER STRIKING POST-
SELLEN CONSTRUCTION COMPANY,        )    JUDGMENT FILINGS
                                    )
            Defendant.              )
_____)

On July 31, 2006, judgment was entered in the above-captioned matter in favor of defendant and against plaintiff. Despite the fact that the case has been closed for a year and a half, plaintiff recently started filing "notices" in this case. The "notices" are addressed to various entities and cover a broad range of topics, none of which are properly before the Court. Some of the documents filed by plaintiff purport to be subpoenas issued to third-parties. Discovery as contemplated under the Federal Rules of Civil Procedure is no longer available in the district court, however, and plaintiff is hereby precluded from the serving any additional discovery on defendant or third-parties under Cause No. C05-1681RSL. Docket numbers # 67-72 are hereby stricken and will not be considered further.

Dated this 29th day of February, 2008.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER STRIKING POST-JUDGMENT FILINGS