UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN,                      )
                                    )   Case No. C05-1681RSL
            Plaintiff,              )
    v.                              )
                                    )   ORDER
SELLEN CONSTRUCTION COMPANY,        )
                                    )
            Defendant.              )
_____)

On February 29, 2008, the Court struck a number of documents plaintiff has filed in this closed case and notified plaintiff that he is "precluded from serving any additional discovery on defendant or third-parties under Cause No. C05-1681RSL." Dkt. # 73. Since that date, plaintiff has filed two additional "notices" and a timely motion for reconsideration.

Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden. Judgment was entered against plaintiff in July 2006, and he has offered no legal or factual basis for his continued attempt to litigate this action. Discovery is no longer available: plaintiff must cease any and all efforts to depose defendants or third-parties regarding this case.

ORDER

1   For all of the foregoing reasons, Docket Numbers 74 and 75 are stricken and
2   plaintiff's motion for reconsideration is DENIED.

    Dated this 12th day of March, 2008.

    *signature*
    Robert S. Lasnik
    United States District Judge