UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JERRY BRENDEN,                                )
)  Case No. C05-1681RSL
            Plaintiff,                                 )
     v.                                                    )
)  ORDER STRIKING AND BARRING
SELLEN CONSTRUCTION COMPANY,  )  POST-JUDGMENT FILINGS
)
            Defendant.                              )
_____)

On March 11, 2008, and March 12, 2008, plaintiff filed a variety of documents including what appear to be notices of claim and subpoenas under the above cause number. This matter has been closed since July 31, 2006, and the Court has warned plaintiff that he has no right or entitlement to discovery or other relief in this matter. The Court has already stricken a number of post-judgment filings. See Dkt. # 66, 73, and 77. Docket numbers 78 and 79 are hereby STRICKEN and plaintiff is BARRED from filing any other papers in this matter. The Clerk of Court is directed to return to plaintiff any motions, notices, or other documents filed by plaintiff in the above-captioned case. Defendants need not respond to or comply with any subpoena or discovery served in C05-1681RSL until and unless specifically ordered to do so by the Court.

Dated this 17th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING AND BARRING POST-JUDGMENT FILINGS